# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 APR -6 PM 12: 10

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>**ARTURO NAVARRETE-JUAREZ**<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>**18 U.S.C. §§ 2251(a) & (e)**<br>**18 U.S.C. §§ 2252(a)(2) & (b)(1)** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
(Sexual Exploitation of a Minor)

1. From in or about October 2021 to December 2022, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio, the defendant, **ARTURO NAVARRETE-JUAREZ**, did employ, use, persuade, induce, entice, and coerce a minor, specifically Jane Doe, an approximately ten to eleven-year old girl, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing and attempting to produce any visual depiction of such conduct, to wit: one or more digital images and/or video files depicting oral and vaginal intercourse involving Jane Doe; the production of such visual depictions using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, specifically the internet and cellular phones.

**In violation of 18 U.S.C. §§ 2251(a) & (e).**

## COUNT TWO
(Distribution of Child Pornography)

2. From in or about October 2021 to December 2022, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio, the defendant, **ARTURO NAVARRETE-JUAREZ**, did knowingly distribute one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet and a cellular phone, the production of such visual depictions having involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital images and/or video files depicting oral and vaginal intercourse involving Jane Doe.

**In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

A TRUE BILL.

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*Jennifer M Rausch*

**JENNIFER M. RAUSCH (0075138)**
**EMILY CZERNIEJEWSKI (IL 6308829)**
**Assistant United States Attorneys**