United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-
Arturo Navarrete-Juarez

Case No. 2:23-cr-79

## COURTROOM MINUTES
### Change of Plea

| U.S. District Judge Sarah D. Morrison | | Date: 7/22/2024 at 10:00 a.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Govt: | Jen Rausch, Emily Czernewjewski |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Jeff Stavroff |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The defendant changed his plea to Guilty on Count 1 of the Indictment.

The Court accepted his plea of Guilty.

The Court ordered a PSI.

This case is subject to restitution and a Final Order of Forfeiture to be filed later.

The defendant will remain in custody pending sentencing.